UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

ERIN JUSTICE,

        Plaintiff,        Case No. 1:24-cv-2

v.        Honorable Phillip J. Green

UNKNOWN MITCHELL, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:  January 19, 2024               /s/ Phillip J. Green
                                                                         PHILLIP J. GREEN
                                                                         United States Magistrate Judge